## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS J. BURGESS | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. |
| v. | ) |
| | ) |
| NEW CENTURY MORTGAGE CORPORATION | ) |
| Defendant. | ) **05-40026** |
| _____ | ) |

## COMPLAINT

### INTRODUCTION

1. This action seeks redress against New Century Mortgage Corporation for violations of the Truth in Lending Act, 15 U.S.C. § 1601 et seq. ("TILA") and implementing Federal Reserve Board Regulation Z, 12 C.F.R. part 226 and it's Massachusetts counterparts, Massachusetts Consumer Credit Cost Disclosure Act ("CCCDA"), Mass. G.L. ch. 140D §§1-34, and 209 C.M.R. part 32.

### JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this action under 15 U.S.C. §1640 (TILA), and 28 U.S.C. §§1331 ( general jurisdiction),1332 ( diversity jurisdiction) and 1337 ( interstate commerce) and 1367 ( supplemental jurisdiction). Diversity jurisdiction is applicable as the Plaintiff is resident of Massachusetts and seeks rescission of a $183,000.00 mortgage obligation held by an out of state corporation that does not have it's principle place of business in Massachusetts.

3. Venue in this District is proper under 28 U.S.C. § 1391(b) and (c) because Defendant

RECEIPT # _40 4 50 1_
AMOUNT $ _220 -_
SUMMONS ISSUED _/_
LOCAL RULE 4.1 _✓_
WAIVER FORM _✓_
MCF ISSUED _✓_
BY DPTY. CLK. _KH_
DATE _2-11-05_

1

does business in this District. Defendant is therefore deemed to reside in this District under 28 U.S.C. § 1391( c).

## PARTIES

4. Plaintiff Thomas J. Burgess resides at 340 A Brown Street.,Winchendon, MA 01475.

5. Defendant New Century Mortgage Corporation is a National corporation with its principle place of business at 18400 Von Karman Ave., Suite 1000, Irvine, CA 92612.

6. New Century Mortgage Corporation enters into more than 5 transactions per year in which credit is extended that is secured by the principal residence of a consumer and is used for purposes other than the initial acquisition or construction of the residence.

7. New Century Mortgage Corporation is therefore a creditor as defined in TILA and implementing Federal Reserve Board Regulation Z.

8. New Century Mortgage Corporation is what is commonly known as a "subprime" lender, targeting persons who have or who believe they have impaired credit.

## FACTS

9. On or about October 15, 2003, Plaintiff obtained a loan from New Century Mortgage Corporation, secured by his residence, for the purpose of debt consolidation. All of the proceeds of the loan were used for personal, family or household purposes.

10. In connection with the transaction, the Plaintiff received only one copy of a right to cancel form. A copy of which is attached hereto as Exhibit A.

11. Because the transaction was secured by Plaintiff's home, and was not entered into for purposes of the initial acquisition or construction of that home, it was subject to the right to

2

cancel provided by 15 U.S.C. §1635 and 12 C.F.R. §226.23.

Section 226.23 of 15 U.S.C. §1635 provides:

> (a) <u>Consumer's right to rescind.</u>

>> (1) In a credit transaction in which a security interest is or will be retained or acquired in a consumer's principal dwelling, each consumer whose ownership interest is or will be subject to the security interest shall have the right to rescind the transaction, except for transactions described in paragraph (f) of this section.[fn]47

>> (2) To exercise the right to rescind, the consumer shall notify the creditor of the rescission by mail, telegram or other means of written communication. Notice is considered given when mailed, when filed for telegraphic transmission or, if sent by other means, when delivered to the creditor's designated place of business.

>> (3) The consumer may exercise the right to rescind until midnight of the third business day following consummation, delivery of the notice required by paragraph (b) of this section, or delivery of all material disclosures,[fn]48 whichever occurs last. If the required notice or material disclosures are not delivered, the right to rescind shall expire 3 years after consummation, upon transfer of all of the consumer's interest in the property, or upon sale of the property, whichever occurs first. In the case of certain administrative proceedings, the rescission period shall be extended in accordance with section 125(f) of the Act.  [15 U.S.C. §1635(f)]

>> (4) When more than one consumer in a transaction has the right to rescind, the exercise of the right by one consumer shall be effective as to all consumers.

> (b) <u>Notice of right to rescind.</u> In a transaction subject to rescission, a creditor shall deliver 2 copies of the notice of the right to rescind to each consumer entitled to rescind. The notice shall be on a separate document that identifies the transaction and shall clearly and conspicuously disclose the following:

>> (1) The retention or acquisition of a security interest in the consumer's principal dwelling.

>> (2) The consumer's right to rescind the transaction.

**(3) How to exercise the right to rescind, with a form for that purpose, designating the address of the creditor's place of business.**

**(4) The effects of rescission, as described in paragraph (d) of this section.**

**(5) The date the rescission period expires. . . .**

**(f) <u>Exempt transactions.</u> The right to rescind does not apply to the following:**

**(1) A residential mortgage transaction [defined in 15 U.S.C. §1602(w) as one where a "security interest is created or retained against the consumer's dwelling to finance the acquisition or initial construction of such dwelling"].**

**(2) A credit plan in which a state agency is a creditor.**

12.   The Plaintiff did not receive the appropriate number of copies of his right to cancel in violation of TILA and the Massachusetts counterpart.

13.   On or about January 26, 2005  the Plaintiff exercised his extended right to rescind the loan for violations of TILA and the Massachusetts counterparts.  This notice was recived by the defendant on January 31, 2005.   A Copy of the notice is attached as <u>Exhibit B</u>.

14.   New Century Mortgage Corporation has failed to honor the request to rescind the loan.

### <u>COUNT I</u>

### <u>TRUTH IN LENDING ACT VIOLATIONS</u>

15.   Plaintiff incorporates ¶¶ 1-14 as if fully set out herein.

16.   By failing to provide the appropriate number of Notice of Right to Cancel forms at the closing, New Century Mortgage Corporation failed to give Plaintiff clear and conspicuous notice of his right to cancel, in violation of 15 U.S.C. §1635 and 12 C.F.R. § 226.23 and

4

accordingly, the Plaintiff is entitled to rescind the mortgage.

17. 15 U.S.C. § 1635(g) provides that a court may award damages under section 1640 in addition to rescission. Mass .G.L. ch. 140D § 10(g) is identical except for citation.

18. The failure of the Defendants to respond to the notice of rescission is a separate violation of 15 U.S.C. § 1640 (a) and Mass .G.L. ch. 140D § 32 entitling the Plaintiff to an award of statutory damages.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant New Century Mortgage Corporation as follows:

1. A declaration that Plaintiff is entitled to rescind his mortgage;

2. Rescission of the loan;

3. Statutory damages;

4. Attorney's fees, litigation expenses and costs.

5. Such other relief as the Court deems appropriate.

Respectfully submitted,

Christopher M. Lefebvre

Claude Lefebvre, Christopher Lefebvre P.C.
P.O. Box 479
Pawtucket, RI  02862
(401) 728-6060
(401) 728-6534 (FAX)
BBO# 629056

5

## JURY DEMAND

Plaintiff demands trial by jury.

Christopher M. Lefebvre

S:\WPFILES\TILA CASES\Burgess\Compaint.wpd

6

# EXHIBIT A

BORROWERS:  THOMAS J BURGESS                              DATE:  10/25/03
                                                         LOAN NUMBER:  0001135674


PROPERTY ADDRESS: 340 A BROWN STREET    , WINCHENDON, MASSACHUSETTS 01475

### YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a security interest in your home.  You have a legal right under
federal law to cancel this transaction, without cost, within three business days from whichever of the following events
occurs last:

    1.  the date of the transaction, which is <u>10/25/03</u>           ; or
                        **A. (insert TRANSACTION DATE)**

    2.  the date you received your Truth in Lending disclosures; or

    3.  the date you received this notice of your right to cancel.

If you cancel the transaction, the security interest is also canceled.  Within 20 calendar days after we receive your
notice, we must take the steps necessary to reflect the fact that the security interest in your home has been canceled,
and we must return to you any money or property you have given to us or to anyone else in connection with this
transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must
then offer to return the money or property.  If it is impractical or unfair for you to return the property, you must offer its
reasonable value.  You may offer to return the property at your home or at the location of the property.  Money must be
returned to the address below.  If we do not take possession of the money or property within 20 calendar days of your
offer, you may keep it without further obligation.

I acknowledge receiving two copies of this Notice of Right to Cancel form.


<u>THOMAS J BURGESS</u>             **B.** Signature Date                         Signature Date


                                Signature Date                         Signature Date

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

        NEW CENTURY MORTGAGE CORPORATION
        350 COMMERCE, SUITE 200
        IRVINE, CA 92602

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use
this notice by dating and signing below.  Keep one copy of this notice because it contains important information about
your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of <u>10/29/03</u>
                                            **C. (insert 3 DAY DATE)**
(or midnight of the third business day following the latest of the three events listed above).  If you send or deliver your
written notice to cancel some other way, it must be delivered to the above address no later than that time.

I WISH TO CANCEL _____    _____
            (Borrower's signature if exercising right to cancel)    **D. (CANCEL DATE )**

## PLEASE READ BEFORE COMPLETING THIS FORM

**To proceed with this transaction,** enter the following: **(A):** TRANSACTION DATE, which is the date the borrower
signs loan documents (consummates this transaction); **(B):** Borrower's signature and SIGNATURE DATE, which is the
date borrower signs this document; **(C):** 3 DAY DATE, which is the third business day following the TRANSACTION
DATE.  If SIGNATURE DATE of last signer is later than the TRANSACTION DATE, contact lender to confirm correct 3
DAY DATE.  Do not make any amendments, erasures, strikeouts, whiteouts or alterations to the document without prior
written authorization from the Lender.  Should an error occur in the completion of this form, contact Lender immediately.
Each borrower must be provided 2 completed, signed copies of this form.

**To cancel this transaction:** the borrower signs and enters the Cancellation Date (D) in the space following the words "I
WISH TO CANCEL".  Borrower may also cancel this transaction by mailing or delivering this or any written form of
cancellation notice to Lender within 3 business days after signing loan documents.

NCM
Multistate RE109 (062397)

rescinda.ifd
rhu 120202

# EXHIBIT B



FROM THE OFFICE OF THE
FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

January 26, 2005

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

New Century Mortgage Corporation         Charles E. Houston
350 Commerce, Suite 200                  New Century Mortgage Corp.
Irvine, CA 92602                         18400 Von Karman Ave., Suite 1000
                                         Irvine, CA 92612-0516

Re:   **Notice of Rescission by Thomas J. Burgess, 340 A Brown Street, Winchendon, MA
      01475, Loan Number: 0001135674, Closing Date 10/25/2003.**

To Whom It May Concern:

I represent Thomas J. Burgess concerning the loan transaction he entered into with New
Century Mortgage Corporation on October 15, 2003. Please be advised that I have been authorized
by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In
Lending Act, 15 U.S.C. Section 1635, Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. Burgess was not provided with the proper
number of copies of the notice of his right to cancel the above consumer credit contract, in violation
of 15 U.S.C. Section 1635(a), Regulation Z, Section 226.17, Section 226.23.

The security interest held by New Century Mortgage Corporation on Mr. Burgess's property
located at 340 A Brown Street, Winchendon, MA is void as of this rescission. Pursuant to Regulation
Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies
paid and to take action necessary and appropriate to terminate the security interest.

                                         Very truly yours,
                                         Thomas J. Burgess
                                         By his Attorney,


                                         _____
                                         Christopher M. Lefebvre
                                         P. O. Box 479
                                         Pawtucket, RI 02862

cc: Thomas J. Burgess
S:\WPFILES\TILA CASES\Burgess Rescission Letter.wpd

**SENDER:**
- Complete items 1,2 and 3.
- Indicate if restricted delivery is desired.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following service (for an extra fee):

☐ **Restricted Delivery**

Consult postmaster for fee.

1. Article Addressed to:

Mr. Charles E. Houston
New Century Mortgage Corp.
18400 Von Karman Ave., Suite 1000
Irvine, CA 92612-0516

2. Article Number

7122 1093 4322 0926 2576

3. Service Type ☒ CERTIFIED

Date of Delivery JAN 31 2005

Received By: (Print Name)

Enter delivery address if different than item 1.

Signature - (Addressee or Agent)

PS Form 3811

**DOMESTIC RETURN RECEIPT**

Thomas Burgess

---

**SENDER:**
- Complete items 1,2 and 3.
- Indicate if restricted delivery is desired.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following service (for an extra fee):

☐ **Restricted Delivery**

Consult postmaster for fee.

1. Article Addressed to:

New Century Mortgage Corp.
350 Commerce, Suite 200
Irvine, CA 92602

2. Article Number

7122 1093 4322 0926 2963

3. Service Type ☒ CERTIFIED

Date of Delivery 1/31/05

Received By: (Print Name)

Ros cen Clement

Enter delivery address if different than item 1.

Signature - (Addressee or Agent)

PS Form 3811

**DOMESTIC RETURN RECEIPT**

Thomas Burgess

℀JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
THOMAS J. BURGESS

**DEFENDANTS**
NEW CENTURY MORTGAGE CORPORATION

**(b)** County of Residence of First Listed Plaintiff   WORCESTER
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
CHRISTOPHER M. LEFEBVRE, ESQ.
PO BOX 479, PAWTUCKET, RI 02860 (401) 728-6060

Attorneys (If Known)

**05 - 40026**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty |  |  | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. 1601 et seq., MASS. G.L. ch. 140D 1-34, and 209 C.M.R. part 32.
Brief description of cause:
COMPLAINT FOR RESCISSION OF RESIDENTIAL MORTGAGE

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 25,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE  2-11-05
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# 05 - 40026

1. Title of case (name of first party on each side only)  THOMAS J. BURGESS V. NEW CENTURY MORTGAGE CORPORATION

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

| | | |
|---|---|---|
| ___ | I. | 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT. |
| X | II. | 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950. |
| ___ | III. | 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891. |
| ___ | IV. | 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900. |
| ___ | V. | 150, 152, 153. |

*Also complete AO 120 or AO 121
for patent, trademark or copyright cases

3. Title and number, if any, of related cases. (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES ☐    NO **X**

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28 USC §2403)

   YES ☐    NO **X**

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES ☐    NO **X**

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES ☐    NO **X**

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES ☐    NO **X**

   A.    If yes, in which division do all of the non-governmental parties reside?

   Eastern Division ☐    Central Division ☐    Western Division ☐

   B.    If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies,  residing in Massachusetts reside?

   Eastern Division ☐    Central Division **X**    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES ☐    NO **X**

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME  Christopher M. Lefebvre, Esq. BBO# 629056

ADDRESS   P.O. Box 479, Pawtucket, RI 02862

TELEPHONE NO.  (401) 728-6060

(CategoryForm.wpd - 10/17/02)