## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS J. BURGESS )<br><br>Plaintiff, )<br><br>v. )<br><br>NEW CENTURY MORTGAGE CORPORATION )<br>Defendant. ) | C.A.<br><br>**05-40026** |

## COMPLAINT

### INTRODUCTION

1. This action seeks redress against New Century Mortgage Corporation for violations of the Truth in Lending Act, 15 U.S.C. § 1601 et seq. ("TILA") and implementing Federal Reserve Board Regulation Z, 12 C.F.R. part 226 and it's Massachusetts counterparts, Massachusetts Consumer Credit Cost Disclosure Act ("CCCDA"), Mass. G.L. ch. 140D §§1-34, and 209 C.M.R. part 32.

### JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this action under 15 U.S.C. §1640 (TILA), and 28 U.S.C. §§1331 ( general jurisdiction),1332 ( diversity jurisdiction) and  1337 ( interstate commerce) and 1367 ( supplemental jurisdiction).  Diversity jurisdiction is applicable as the Plaintiff is resident of Massachusetts and seeks rescission of a $183,000.00 mortgage obligation held by an out of state corporation that does not have it's principle place of business in Massachusetts.

3. Venue in this District is proper under 28 U.S.C. § 1391(b) and (c) because Defendant

RECEIPT # 404 50 7
AMOUNT $ 220 -
SUMMONS ISSUED ✓
LOCAL RULE 4.1 ✓
WAIVER FORM ✓
MCF ISSUED ✓
BY DPTY. CLK. KH
DATE 2-11-05

1

does business in this District.  Defendant is therefore deemed to reside in this District under 28

U.S.C. § 1391( c).

## PARTIES

4.  Plaintiff Thomas J. Burgess resides at 340 A Brown Street.,Winchendon, MA 01475.

5.  Defendant New Century Mortgage Corporation is a National corporation with its

principle place of business at 18400 Von Karman Ave., Suite 1000, Irvine, CA 92612.

6.  New Century Mortgage Corporation enters into more than 5 transactions per year in

which credit is extended that is secured by the principal residence of a consumer and is used for

purposes other than the initial acquisition or construction of the residence.

7.  New Century Mortgage Corporation is therefore a creditor as defined in TILA and

implementing Federal Reserve Board Regulation Z.

8.  New Century Mortgage Corporation is what is commonly known as a "subprime"

lender, targeting persons who have or who believe they have impaired credit.


## FACTS

9. On or about October 15, 2003, Plaintiff obtained a loan from New Century Mortgage

Corporation, secured by his residence, for the purpose of debt consolidation.  All of the proceeds

of the loan were used for personal, family or household purposes.

10.  In connection with the transaction, the Plaintiff received only one copy of a right to

cancel form.  A copy of which is attached hereto as Exhibit A.

11.  Because the transaction was secured by Plaintiff's home, and was not entered into for

purposes of the initial acquisition or construction of that home, it was subject to the right to

2

cancel provided by 15 U.S.C. §1635 and 12 C.F.R. §226.23.

Section 226.23 of 15 U.S.C. §1635 provides:

> (a) <u>Consumer's right to rescind.</u>
>
>> (1) In a credit transaction in which a security interest is or will be retained or acquired in a consumer's principal dwelling, each consumer whose ownership interest is or will be subject to the security interest shall have the right to rescind the transaction, except for transactions described in paragraph (f) of this section.[fn]47
>>
>> (2) To exercise the right to rescind, the consumer shall notify the creditor of the rescission by mail, telegram or other means of written communication. Notice is considered given when mailed, when filed for telegraphic transmission or, if sent by other means, when delivered to the creditor's designated place of business.
>>
>> (3) The consumer may exercise the right to rescind until midnight of the third business day following consummation, delivery of the notice required by paragraph (b) of this section, or delivery of all material disclosures,[fn]48 whichever occurs last. If the required notice or material disclosures are not delivered, the right to rescind shall expire 3 years after consummation, upon transfer of all of the consumer's interest in the property, or upon sale of the property, whichever occurs first. In the case of certain administrative proceedings, the rescission period shall be extended in accordance with section 125(f) of the Act.  [15 U.S.C. §1635(f)]
>>
>> (4) When more than one consumer in a transaction has the right to rescind, the exercise of the right by one consumer shall be effective as to all consumers.
>
> (b) <u>Notice of right to rescind.</u> In a transaction subject to rescission, a creditor shall deliver 2 copies of the notice of the right to rescind to each consumer entitled to rescind. The notice shall be on a separate document that identifies the transaction and shall clearly and conspicuously disclose the following:
>
>> (1) The retention or acquisition of a security interest in the consumer's principal dwelling.
>>
>> (2) The consumer's right to rescind the transaction.

**(3) How to exercise the right to rescind, with a form for that purpose, designating the address of the creditor's place of business.**

**(4) The effects of rescission, as described in paragraph (d) of this section.**

**(5) The date the rescission period expires. . . .**

**(f) <u>Exempt transactions.</u> The right to rescind does not apply to the following:**

**(1) A residential mortgage transaction [defined in 15 U.S.C. §1602(w) as one where a "security interest is created or retained against the consumer's dwelling to finance the acquisition or initial construction of such dwelling"].**

**(2) A credit plan in which a state agency is a creditor.**

12.  The Plaintiff did not receive the appropriate number of copies of his right to cancel in violation of TILA and the Massachusetts counterpart.

13.  On or about January 26, 2005  the Plaintiff exercised his extended right to rescind the loan for violations of TILA and the Massachusetts counterparts.  This notice was recived by the defendant on January 31, 2005.   A Copy of the notice is attached as <u>Exhibit B</u>.

14.  New Century Mortgage Corporation has failed to honor the request to rescind the loan.

### <u>COUNT I</u>

### <u>TRUTH IN LENDING ACT VIOLATIONS</u>

15.  Plaintiff incorporates ¶¶ 1-14 as if fully set out herein.

16.  By failing to provide the appropriate number of Notice of Right to Cancel forms at the closing, New Century Mortgage Corporation failed to give Plaintiff clear and conspicuous notice of his right to cancel, in violation of 15 U.S.C. §1635 and 12 C.F.R. § 226.23 and

4

accordingly, the Plaintiff is entitled to rescind the mortgage.

17. 15 U.S.C. § 1635(g) provides that a court may award damages under section 1640 in addition to rescission. Mass .G.L. ch. 140D § 10(g) is identical except for citation.

18. The failure of the Defendants to respond to the notice of rescission is a separate violation of 15 U.S.C. § 1640 (a) and Mass .G.L. ch. 140D § 32 entitling the Plaintiff to an award of statutory damages.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant New Century Mortgage Corporation as follows:

1. A declaration that Plaintiff is entitled to rescind his mortgage;

2. Rescission of the loan;

3. Statutory damages;

4. Attorney's fees, litigation expenses and costs.

5. Such other relief as the Court deems appropriate.

Respectfully submitted,

Christopher M. Lefebvre

Claude Lefebvre, Christopher Lefebvre P.C.
P.O. Box 479
Pawtucket, RI  02862
(401) 728-6060
(401) 728-6534 (FAX)
BBO# 629056

5

## JURY DEMAND

Plaintiff demands trial by jury.

Christopher M. Lefebvre

S:\WPFILES\TILA CASES\Burgess\Compaint.wpd

6

# EXHIBIT A

**BORROWERS:** THOMAS J BURGESS

**DATE:** 10/25/03
**LOAN NUMBER:** 0001135674

**PROPERTY ADDRESS:** 340 A BROWN STREET , WINCHENDON, MASSACHUSETTS 01475

### YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a security interest in your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

    1. the date of the transaction, which is <u>10/25/03</u>; or
                       A. (insert TRANSACTION DATE)

    2. the date you received your Truth in Lending disclosures; or

    3. the date you received this notice of your right to cancel.

If you cancel the transaction, the security interest is also canceled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the security interest in your home has been canceled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

I acknowledge receiving two copies of this Notice of Right to Cancel form.

---

THOMAS J BURGESS            B. Signature Date                               Signature Date

---

                             Signature Date                               Signature Date

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

                NEW CENTURY MORTGAGE CORPORATION
                350 COMMERCE, SUITE 200
                IRVINE, CA 92602

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of <u>10/29/03</u>
                                        C. (insert 3 DAY DATE)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

I WISH TO CANCEL _____     _____
             (Borrower's signature if exercising right to cancel)         D. (CANCEL DATE )

## PLEASE READ BEFORE COMPLETING THIS FORM

**To proceed with this transaction**, enter the following: (A): TRANSACTION DATE, which is the date the borrower signs loan documents (consummates this transaction); (B): Borrower's signature and SIGNATURE DATE, which is the date borrower signs this document; (C): 3 DAY DATE, which is the third business day following the TRANSACTION DATE. If SIGNATURE DATE of last signer is later than the TRANSACTION DATE, contact lender to confirm correct 3 DAY DATE. Do not make any amendments, erasures, strikeouts, whiteouts or alterations to the document without prior written authorization from the Lender. Should an error occur in the completion of this form, contact Lender immediately. Each borrower must be provided 2 completed, signed copies of this form.

**To cancel this transaction:** the borrower signs and enters the Cancellation Date (D) in the space following the words "I WISH TO CANCEL". Borrower may also cancel this transaction by mailing or delivering this or any written form of cancellation notice to Lender within 3 business days after signing loan documents.

NCM
Multistate RE109 (062397)

rescinda.lfd
rhu 120202

# EXHIBIT B



*PROACTIVE OFFICE OF THE*
FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*
January 26, 2005

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

New Century Mortgage Corporation
350 Commerce, Suite 200
Irvine, CA 92602

Charles E. Houston
New Century Mortgage Corp.
18400 Von Karman Ave., Suite 1000
Irvine, CA 92612-0516

Re:   **Notice of Rescission by Thomas J. Burgess, 340 A Brown Street, Winchendon, MA 01475, Loan Number: 0001135674, Closing Date 10/25/2003.**

To Whom It May Concern:

I represent Thomas J. Burgess concerning the loan transaction he entered into with New Century Mortgage Corporation on October 15, 2003. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635, Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. Burgess was not provided with the proper number of copies of the notice of his right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a), Regulation Z, Section 226.17, Section 226.23.

The security interest held by New Century Mortgage Corporation on Mr. Burgess's property located at 340 A Brown Street, Winchendon, MA is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

Very truly yours,
Thomas J. Burgess
By his Attorney,


Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

cc: Thomas J. Burgess
S:\WPFILES\TILA CASES\Burgess Rescission Letter.wpd

**SENDER:**
- Complete items 1,2 and 3.
- Indicate if restricted delivery is desired.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following service (for an extra fee):

☐ **Restricted Delivery**

Consult postmaster for fee.

| 1. Article Addressed to: | 2. Article Number |
|---|---|
| Mr. Charles E. Houston<br>New Century Mortgage Corp.<br>18400 Von Karman Ave., Suite 1000<br>Irvine, CA 92612-0516 | 7103 1093 4321 0158 2578<br>**3. Service Type** ☒ **CERTIFIED**<br>Date of Delivery JAN 31 2005<br>USPS |
| Received By: (Print Name) | Enter delivery address if different than item 1. |
| Signature - (Addressee or Agent) | |

PS Form 3811                                  **DOMESTIC RETURN RECEIPT**

Thomas Burgess

---

**SENDER:**
- Complete items 1,2 and 3.
- Indicate if restricted delivery is desired.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return receipt Fee will provide you the signature of the person delivered to and the date of delivery.

I also wish to receive the following service (for an extra fee):

☐ **Restricted Delivery**

Consult postmaster for fee.

| 1. Article Addressed to: | 2. Article Number |
|---|---|
| New Century Mortgage Corp.<br>350 Commerce, Suite 200<br>Irvine, CA 92602 | 7103 1093 4321 0158 0363<br>**3. Service Type** ☒ **CERTIFIED**<br>Date of Delivery 1/31/05 |
| Received By: (Print Name)<br>Roscen Clement | Enter delivery address if different than item 1. |
| Signature - (Addressee or Agent) | |

PS Form 3811                                  **DOMESTIC RETURN RECEIPT**

Thomas Burgess

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
THOMAS J. BURGESS

**DEFENDANTS**
NEW CENTURY MORTGAGE CORPORATION

**(b)** County of Residence of First Listed Plaintiff   WORCESTER
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
CHRISTOPHER M. LEFEBVRE, ESQ.
PO BOX 479, PAWTUCKET, RI 02860 (401) 728-6060

Attorneys (If Known)
**05 - 40026**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
　　　Plaintiff

☐ 3  Federal Question
　　　(U.S. Government Not a Party)

☐ 2  U.S. Government
　　　Defendant

☒ 4  Diversity
　　　(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | 　　Med. Malpractice | ☐ 625 Drug Related Seizure | 　　28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | 　　Liability | ☐ 365 Personal Injury - | 　　of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | 　　Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| 　　& Enforcement of Judgment | 　　Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | 　　Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | 　　Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | 　　Liability | 　　Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| 　　Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | 　　Safety/Health | | ☐ 490 Cable/Sat TV |
| 　　(Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | 　　Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| 　　of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | 　　Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | 　　Property Damage | 　　Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | 　　Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 　　12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | 　　Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | 　　Injury | | 　　& Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | 　　Sentence | ☐ 791 Empl. Ret. Inc. | 　　or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | 　　Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | 　　Accommodations | ☐ 530 General | | 　　26 USC 7609 | 　　Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | 　　Under Equal Access |
| | 　　Employment | ☐ 550 Civil Rights | | | 　　to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | 　　Other | | | | 　　State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original
　　Proceeding

☐ 2 Removed from
　　State Court

☐ 3 Remanded from
　　Appellate Court

☐ 4 Reinstated or
　　Reopened

☐ 5 Transferred from
　　another district
　　(specify)

☐ 6 Multidistrict
　　Litigation

☐ 7 Appeal to District
　　Judge from
　　Magistrate
　　Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. 1601 et seq., MASS. G.L. ch. 140D 1-34, and 209 C.M.R. part 32.
Brief description of cause:
COMPLAINT FOR RESCISSION OF RESIDENTIAL MORTGAGE

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
　UNDER F.R.C.P. 23

DEMAND $
25,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE   2-11-05

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# 05 - 40026

1. Title of case (name of first party on each side only)   THOMAS J. BURGESS V. NEW CENTURY MORTGAGE CORPORATION

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

____   I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

_X_   II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,        *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

____   III.   110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                380, 385, 450, 891.

____   IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                690, 810, 861-865, 870, 871, 875, 900.

____   V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

YES ☐   NO **X**

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28 USC §2403)

YES ☐   NO **X**

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

YES ☐   NO **X**

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

YES ☐   NO **X**

7. Do all of the parties  in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

YES ☐   NO **X**

A.   If yes, in which division do all of the non-governmental parties reside?

Eastern Division ☐   Central Division ☐   Western Division ☐

B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies,  residing in Massachusetts reside?

Eastern Division ☐   Central Division **X**   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

YES ☐   NO **X**

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME  Christopher M. Lefebvre, Esq.  BBO# 629056

ADDRESS   P.O. Box 479, Pawtucket, RI 02862

TELEPHONE NO.  (401) 728-6060

(CategoryForm.wpd  - 10/17/02)