IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS J. BURGESS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW CENTURY MORTGAGE CORPORATION )<br>Defendant. )<br>_____ ) | C.A. 05-40026 |

## DISMISSAL STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a), the Plaintiff hereby dismisses his complaint against the Defendant, New Century Mortgage Corporation with prejudice.

Thomas J. Burgess
By his attorney,

_____
Christopher M. Lefebvre BBO #629056
LAW OFFICES OF CLAUDE
LEFEBVRE & SONS
PO BOX 479
Pawtucket, R.I. 02862
401-728-6060

1